UNITED STATES of America, Plaintiff–Appellee,

v.

Tyree Lamar SLADE, a/k/a Ovious McFly, Defendant–Appellant.

No. 15–7943.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Tyree Lamar Slade, Appellant Pro Se. Jennifer R. Bockhorst, Zachary T. Lee, Assistant United States Attorneys, Abingdon, Virginia, for Appellee.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Tyree Lamar Slade appeals the district court's order denying his 18 U.S.C. § 3582 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Slade,* No. 1:08–cr–00024–JPJ–5, 2015 WL 7313880 (W.D.Va. Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*